USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/14/12

ENGELMAYER, J

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------X
                                                      :
MALIBU MEDIA, LLC,                                    :
                                                      :
                                Plaintiff,            :    Civil Action No. 1:12-CV-02955-PAE
                                                      :
                          vs.                         :
                                                      :
JOHN DOES 1-4,                                        :
                                                      :
                                Defendants.           :
                                                      :
-----------------------------------------------------X
```

## NOTICE OF VOLUNTARY DISMISSAL
## WITHOUT PREJUDICE OF JOHN DOE 2 ONLY

      **PLEASE TAKE NOTICE,** Plaintiff hereby voluntary dismisses Defendant John Doe 2 from this action without prejudice. Defendant was issued the IP address 67.87.225.110. Plaintiff dismisses Defendant because the period of time for which the Internet Service Providers keeps the data records has elapsed. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe 2 has not answered Plaintiff's Complaint nor filed a motion for summary judgment. Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

      Dated: August 13, 2012

The Clerk of Court is directed to close this case.

*Paul A. Engelmayer*

SO ORDERED

**U.S.D.J.**

8/14/2012

Respectfully submitted,

By: */s/Jason Kotzker*
Jason Kotzker, Esq.
NY Bar No. 4286829
jason@klgip.com
KOTZKER LAW GROUP
9609 S. University Blvd. #632134
Highlands Ranch, CO 80163
Phone: 303-875-5386
*Attorney for Plaintiff*

1